498

433 A.2d 113

In re Appt Deputy Constableboro Trainer Del.

Appeal of John J. Flannery.

Argued December 4, 1980. James Cunilio, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

433 A.2d 114

Wasser v. Knapp et ux., et al.

Appeal of Charles W. Phillips and Evelyn A. Phillips and Kenneth A. Roth and Sylvia A. Roth.

Argued March 10, 1980. Michael P. Shay, for appellants; E. Jerome Brose, for Wasser, appellee; Raymond DeRaymond, for Knapp et ux., et al., appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.